UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                          Case No. 15-19229-LMI
Virginia Joseph                                 Chapter 13

_____Debtor._____/

CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the Order Continuing Hearing On Motion to Compel Debtor to File A Motion to Modify Plan, filed as Docket Entry No. 37 has been sent by electronic or standard first class Mail on this 25th day of April, 2016 to the following:

Virginia Joseph, 12 Northeast 89th Street, El Portal, FL 33150
Samuel S. Sorota, 801 Northeast 167 Street #308, North Miami, FL 33162
Nancy K. Neidich, POB 279806, Miramar, FL 33027
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and am in Compliance with additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

/s/Elizabeth Eckhart
Elizabeth Eckhart
FL Bar # 0048958
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-319-5278
Fax: (813) 880-8800
E-mail: eeckhart@logs.com

15-293552