# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No. 15-19229-LMI

**VIRGINIA JOSEPH,**                          **CHAPTER 13 PROCEEDINGS**
     **Debtor.**
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the Amended Motion to Modify Confirmed Plan (doc. 67) was served on all CM/ECF registered users via Notice of Electronic Filing Nancy K. Neidich, Chapter 13 Trustee; Office of the US Trustee; by Email to Elizabeth W. Eckhart on behalf of Ditech Financial LLC - eeckhart@logs.com; electronicbankruptcynotices@logs.com; Steven G. Powrozek, Esq. on behalf of Ditech Financial, LLC - spowrozek@logs.com; Samantha Carr, Esq., on behalf of Shapiro, Fishman & Gache, LLP - SFGBocaService@logs.com; Evan S. Singer on behalf of Green Tree Servicing LLC, ess@padgettlaw.net; pwh@padgettlaw.net; and to all parties of record of the attached matrix, this _____ day of October, 2016.

Samuel S. Sorota
Attorney for Debtor
Florida Bar No. 124946
801 NE 167th Street, Suite 308
North Miami Beach, Fl 33162
Tel (305) 652 7777
Email: **ssorota@bellsouth.net**